**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-7086**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

STEPHON TREVOR ELLIS,

        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.  James C. Dever III, District Judge.  (2:20-cr-00030-D-1)

---

Submitted:  March 11, 2025                           Decided:  March 14, 2025

---

Before NIEMEYER, RICHARDSON, and BENJAMIN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Stephon Trevor Ellis, Appellant Pro Se.  David A. Bragdon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephon Trevor Ellis appeals the district court's order denying Ellis's 18 U.S.C. § 3582(c)(2) motion for a sentence reduction based on Amendment 821 to the Sentencing Guidelines. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Ellis*, No. 2:20-cr-00030-D-1 (E.D.N.C. Nov. 11, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
